# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156198(108)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

       SC: 156198
       COA: 328956
       Wayne CC: 15-000755-FC

ALPHONSO L. STRAUGHTER, JR.,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of Gavin Keith Cullens to file a brief amicus curiae is DENIED. The purported amicus brief submitted on June 26, 2019, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2019



Clerk